| | |
|---|---|
| 1 | LAW OFFICES OF KYRA A. SUBBOTIN |
| 2 | KYRA A. SUBBOTIN State Bar No. 104944<br>2625 Alcatraz Avenue, No. 152<br>Berkeley, CA 94705 |
| 3 | Telephone: (510) 923-0451<br>Facsimile: (510) 923-0565 |
| 4 | |
| 5 | Attorney for Plaintiff<br>Michael W. Milmoe |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL W. MILMOE, | Case No. CV 06-04721 SBA (ENE) |
| Plaintiff, | |
| vs. | STIPULATION TO CONTINUE ENE DEADLINE |
| GEVITY HR, INC., and DOES 1-10, | |
| Defendants. | Action File: July 6, 2006<br>Trial Date: October 15, 2007 |

Pursuant to ADR Local Rule 5-5, the parties have met and conferred with their assigned Early Neutral Evaluator, Samuel Miller, Esq. of Folger, Levin & Kahn. After discussing the matter, and with the concurrence of the Evaluator, the parties hereby seek and stipulate to a 60 day continuance of the January 26, 2007 deadline to complete ADR to allow a related arbitration to be completed.

The arbitration is <u>Milmoe v. Financial Interactive, Inc.</u>, AAA 74 160 00516 06 ISCA, and the arbitration of that matter is now scheduled to commence on January 30, 2007 and take approximately 3 days. The arbitration raises similar issues and its outcome may impact the outcome of this litigation.

IT IS SO STIPULATED.

1  Dated:   January 17, 2007
2                                                   _____
                                                    Kyra A. Subbotin
                                                    Attorney for Plaintiff Michael Milmoe
3
4  Dated: January 26, 2007                          /s/ Eric P Berezin
5                                                   Eric Berezin
                                                    Attorney for Defendant Gevity HR, Inc.
6
7
8
9
10     IT IS SO ORDERED.
11 Dated:   1/30/07                                  /s/ Saundra B Armstrong
                                                    The Honorable Saundra Brown Armstrong
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -     Stipulation to Continue ENE  - CV 06-0471 SBA