```
 1  KYRA A. SUBBOTIN
    kyras@lmi.net
 2  LAW OFFICES OF KYRA A. SUBBOTIN
    2625 Alcatraz Avenue, No. 152
 3  Berkeley, CA 94705

 4  Attorney for Plaintiff
    MICHAEL W. MILMOE
 5

 6  LORRAINE P. OCHELTREE (SBN 151791)
    lpocheltree@duanemorris.com
 7  DUANE MORRIS LLP
    One Market, Spear Tower, Suite 2000
 8  San Francisco, CA 94105-1104
    Telephone: 415.957.3000
 9  Facsimile: 415.957.3001

10  Attorney for Defendant
    GEVITY HR, INC.
11
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MICHAEL W. MILMOE,<br><br>    Plaintiff,<br><br>    v.<br><br>GEVITY HR, INC. and DOES 1-10,<br><br>    Defendants. | Case No.: CV 06-04721 SBA<br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE AND ORDER**<br><br>Action Filed: July 6, 2006<br>Trial Date: October 15, 2007 |

    Plaintiff Michael W. Milmoe ("Plaintiff") and Defendant Gevity HR, Inc. ("Defendant") have agreed that all of Plaintiff's claims against Defendant shall be immediately dismissed without prejudice, based on the following terms and conditions:

    1. Each side shall bear its own costs, and expenses, including reasonable attorneys' fees;

    2. In the event that Plaintiff refiles his complaint against Gevity, Gevity agrees not to assert any future defense or claim concerning the statute of limitation that may arise because of this Stipulation. However, Plaintiff and Defendant agree that this waiver does not extend to any

1
STIPULATION FOR DISMISSAL WITHOUT PREJUDICE AND ORDER

DM2\1125409.2 E4869-00019

1  statute of limitations defense that may arise for reasons other than the execution of this
2  Stipulation.
3  ///
4  ///
5      IT IS HEREBY STIPULATED, through the parties' designated counsel, subject to
6  the approval of the Court, that all of Plaintiff's claims against Defendant in the above-captioned
7  action shall be dismissed without prejudice pursuant to FRCP 41(a)(1).
8
9  DATED: May 14, 2007        LAW OFFICES OF KYRA A. SUBBOTIN
10
11
12                                     By: _____
                                         Kyra A. Subbotin
13                                          Attorneys for Plaintiff
                                         MICHAEL W. MILMOE
14
15 DATED: May 14, 2007        DUANE MORRIS LLP
16
17                                     By: _____
18                                          Lorraine P. Ocheltree
19                                          Attorneys for Defendant
                                         GEVITY HR, INC.
20
21
22
23
24
25
26
27
28

## ORDER

IT IS SO ORDERED THAT THIS ACTION IS HEREBY DISMISSED IN ITS ENTIRETY WITHOUT PREJUDICE, IN ACCORDANCE WITH THE TERMS AND CONDITIONS SET FORTH IN THE PARTIES' STIPULATION.

DATED: ~~May~~ September 6, 2007

*Saundra B. Armstrong*
United States District Court Judge
Saundra Brown Armstrong

---

3
STIPULATION FOR DISMISSAL WITHOUT PREJUDICE AND ORDER

DM2\1125409.2 E4869-00019